AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Massachusetts _____

| UNITED STATES | EXHIBIT ~~AND WITNESS~~ LIST |
| V. | |
| JOSE FOLCHRIVERA | Case Number: 15-MJ-04381 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy | Winkler | Camera |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/16/2015 | Digital | Robert Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10-16-15 | ✓ | ✓ | AFFIDAVIT |
| 2 | | 10-16-15 | ✓ | ✓ | DRIVERS LICENSE REPORT- MA |
| 3 | | 10-16-15 | ✓ | ✓ | DRAFT TRANSCRIPT - 8140 LINE SHEET |
| 4 | | 10-16-15 | ✓ | ✓ | DRAFT TRANSCRIPT - 816 LINE SHEET |
| 5 | | 10-16-15 | ✓ | ✓ | DRAFT TRANSCRIPT - 16 LINE SHEET |
| 6 | | 10-16-15 | ✓ | ✓ | DRAFT TRANSCRIPT - 245 LINE SHEET |
| 7 | | 10-16-15 | ✓ | ✓ | MUGSHOT PROFILE - FOLCHRIVERA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

